Lawrence Jacob, as Sole Surviving Trustee, etc., of Leonard Jacob, Deceased, Respondent, v. The Town of Oyster Bay and Others, Appellants.— Judgment affirmed, with costs, on the opinion of Mr. Justice Jaycox at Special Term. (Reported in 78 Misc. Rep. 283.) Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Mary Lynskey, Respondent, v. Rothschild & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

James Garfield Purdy, Appellant, v. The Ossining Printing and Publishing Company, Respondent. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Walter Bough, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Franklin H. Filley, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Joseph Lapolla, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed, on the authority of *People* v. *Brown* (153 App. Div. 234), decided November 15, 1912. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Romeo Magnotti, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.